FILED
January 12, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004007375

CURTIS R. WEBER, ESQ. (SBN: 64700)
4801 Laguna Blvd., Ste. 105-142
Elk Grove, California 95758
Telephone: (916) 271-2512
Facsimile: (916) 399-4202

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

LESTER IRVIN HAYNES
and
JOAN MARIE HAYNES

Debtors.

Case No.: 11-49958
Chapter 7

DC NO: CRW-1

Date: February 21, 2012
Time: 9:32 a.m.
Place: 501 I Street, 6th Flr.
Sacramento, CA
Dept.: 32

**MOTION TO ABANDON PERSONAL PROPERTY – DEBTORS BUSINESS ASSETS**

Debtors, LESTER IRVIN HAYNES and JOAN MARIE HAYNES, hereby request, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtors business, a sole proprietorship known as "Haynes Pool & Spa Service"," for the reasons set forth in the declaration of Debtors, filed concurrently herewith.

Dated: January 12, 2012

_____
CURTIS R. WEBER, ESQ., Attorney for Debtors

Motion to Avoid Lien

1